# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| BERTHINIA S. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>DEBORRAH ONG,<br><br>    Defendant | **ORDER TRANSFERRING CASE**<br><br><br>Case No. 2:24-cv-00639-APG-NJK |
| BERTHINIA S. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>KEENA FISHER,<br><br>    Defendant | Case No. 2:24-cv-00640-GMN-MDC |

Courts may reassign actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The court has discretion over whether to reassign related cases. LR 42-1(a) (allowing for reassignment where related cases involve the same parties or events). Judges Gordon and Navarro find that reassignment of Judge Navarro's action to Judge Gordon would aid in the efficient disposition of both cases.

IT IS THEREFORE ORDERED that Case No. 2:24-cv-00640-GMN-MDC is reassigned to Judge Andrew Gordon and Magistrate Judge Nancy Koppe for all further proceedings.

DATED this 12th day of April, 2024.

_____  
GLORIA M. NAVARRO  
UNITED STATES DISTRICT JUDGE

_____  
ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE